No. 17,229.

FLEXOVEYOR MANUFACTURING COMPANY *v.* SHIELDS.

(273 P. [2d] 634)

Decided August 9, 1954. Rehearing denied August 30, 1954.

PER CURIAM.

Judgment affirmed en banc without written opinion.

Mr. ISAAC MELLMAN, Mr. GERALD N. MELLMAN, for plaintiff in error.

Mr. KENNETH W. ROBINSON, Mr. ROBERT D. CHARLTON, for defendant in error.